United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50217-KMS
Lisa W. Carpenter Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jun 16, 2022     Form ID: 318     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa W. Carpenter, 73 Franklin Place, Hattiesburg, MS 39402-8461 |
| 5083367 | + | CenturyFirst Federal Credit Union, 3318 Hardy Street, Hattiesburg, MS 39401-6962 |
| 5083374 | + | Department of Education, c/o US Atty for Southern Dist., 501 E. Court St., Ste. 4.430, Jackson, MS 39201-5025 |
| 5083372 | + | Department of Education, c/o Ed Financial, P.O. Box 4830, Portland, OR 97208-4830 |
| 5083373 | + | Department of Education, c/o Atty General of the U.S., 950 Pennsylvania Ave., NW, Washington D.C. 20530-0009 |
| 5083377 | + | First National Bank Omaha, P.O. Box 3331, Omaha, NE 68103-0331 |
| 5083379 | + | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 5083384 | + | PenFed Credit Union, P.O. Box 247080, Omaha, NE 68124-7080 |
| 5083385 | + | Phillip Carpenter, 73 Franklin Place, Hattiesburg, MS 39402-8461 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jun 16 2022 23:28:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: newbk@Regions.com | Jun 16 2022 19:25:00 | Regions Bank, Post Office Box 1860, Memphis, TN 38101-1860 |
| 5083362 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2022 19:27:58 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 5083363 | | EDI: BANKAMER.COM | Jun 16 2022 23:28:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 5083364 | + | EDI: TSYS2 | Jun 16 2022 23:28:00 | Barclay Mastercard, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 5083365 | + | EDI: RMSC.COM | Jun 16 2022 23:28:00 | Belk/Synchrony Bank, P.O. Box 530940, Atlanta, GA 30353-0940 |
| 5083371 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 16 2022 19:25:00 | Credit Corp Solutions, 121 W. Election Road, Ste. 200, Draper, UT 84020 |
| 5083366 | + | EDI: CAPITALONE.COM | Jun 16 2022 23:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5083368 | + | Email/Text: mediamanagers@clientservices.com | Jun 16 2022 19:25:00 | Client Services, Inc., 3451 Harry S Truman Blvd., St. Charles, MO 63301-9816 |
| 5083369 | + | EDI: WFNNB.COM | Jun 16 2022 23:28:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5083370 | ^ | MEBN | Jun 16 2022 19:22:43 | Credit Control, LLC, P.O. Box 31179, Tampa, FL 33631-3179 |
| 5083375 | | EDI: DISCOVER.COM | Jun 16 2022 23:28:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 5083373 | ^ | MEBN | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: 318 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 16 2022 19:22:53 | Department of Education, c/o Atty General of the U.S., 950 Pennsylvania Ave., NW, Washington D.C. 20530-0009 |
| 5083376 | + | Email/Text: bknotice@ercbpo.com | Jun 16 2022 19:25:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5083378 | + | Email/Text: crdept@na.firstsource.com | Jun 16 2022 19:25:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5083380 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 19:25:00 | Kohls, P.O. Box 3084, Milwaukee, WI 53201-3084 |
| 5083381 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2022 19:25:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 5083382 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 16 2022 19:25:00 | Nationwide Credit, Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 5083383 | + | Email/Text: bnc@nordstrom.com | Jun 16 2022 19:25:57 | Nordstrom/TD Bank, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 5083386 | + | Email/Text: newbk@Regions.com | Jun 16 2022 19:25:00 | Regions Bank, P.O. Box 11007, Birmingham, AL 35288-0001 |
| 5083387 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 16 2022 19:25:00 | Sunrise Credit Services, 234 Airport Plaza Blvd, Ste. 4, Farmingdale, NY 11735-3938 |
| 5083388 | + | EDI: RMSC.COM | Jun 16 2022 23:28:00 | Synchrony Bank, P.O. Box 530912, Atlanta, GA 30353-0912 |
| 5083389 | + | EDI: WTRRNBANK.COM | Jun 16 2022 23:28:00 | Target Card Services, 3901 West 53rd Street, Sioux Falls, SD 57106-4216 |
| 5083392 | + | EDI: USAA.COM | Jun 16 2022 23:28:00 | USAA, P.O. Box 65020, San Antonio, TX 78265-5020 |
| 5083390 | + | Email/Text: BAN5620@UCBINC.COM | Jun 16 2022 19:25:00 | United Collection Bureau, 5620 Southwick Blvd, Toledo, OH 43614-1501 |
| 5083391 | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jun 16 2022 19:25:00 | United States Trustee, 501 EAST COURT STREET, SUITE 6-430, JACKSON, MS 39201-5022 |
| 5083393 | + | EDI: WFFC.COM | Jun 16 2022 23:28:00 | Wells Fargo, P.O. Box 51162, Los Angeles, CA 90051-5462 |
| 5083394 | | Email/Text: ekoch@zsattorneys.com | Jun 16 2022 19:25:00 | Zarzaur & Schwartz, P.C., P.O. Box 11366, Birmingham, AL 35203 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2022         Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jun 16, 2022 | Form ID: 318 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Nicholas T Grillo | on behalf of Debtor Lisa W. Carpenter grillolawms@gmail.com grillolawecf@gmail.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lisa W. Carpenter** | Social Security number or ITIN **xxx−xx−7661** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number: **22−50217−KMS** | | |

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   **Lisa W. Carpenter**

Dated: 6/16/22                                           **By the court:** /s/Katharine M. Samson
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**